[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 19-13510

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

LENARD ROY GIBBS,
a.k.a. Danger,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cr-00207-CAP-CMS-1

_____

Before WILSON, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This court has considered all of Defendant-Appellant Lenard Roy Gibbs's specifications of error, including:

1.  Whether district court abused its discretion by admitting testimony that a witness who identified Gibbs as the robber was a probation officer.
2.  Whether the district court abused its discretion by admitting expert testimony under Federal Rule of Evidence 702 and *Daubert*.
3.  Whether the district court abused its discretion by failing to declare a mistrial after the foreperson brought a textbook to jury deliberations.
4.  Whether the district court abused its discretion by admitting the out-of-court identifications of Gibbs as the robber.
5.  Whether the district court erred by finding that "more than sufficient" probable cause supported Gibbs's arrest.
6.  Whether the district court erred when it gave jury instructions.
7.  Whether there was cumulative error.

After review and consideration of the briefs and the record, and with the benefit of oral argument, we find no reversible error

19-13510                Opinion of the Court                3

in the district court's proceedings.  Therefore, the district court's decisions are affirmed.

**AFFIRMED.**